PROB 12A
(Revised 5/11)

# United States District Court
для
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Carlos Gene Seay</u>     Case Number: <u>3:06-00031-14</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, Chief U.S. District Judge</u>

Date of Original Sentence: <u>December 18, 2007</u>

Original Offense: <u>21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Cocaine</u>

Original Sentence: <u>77 months' custody; 3 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>April 15, 2011</u>

Assistant U.S. Attorney: <u>To be determined</u>     Defense Attorney: <u>Kathleen Morris</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this __2__ day of __Aug__, 2012, and made a part of the records in the above case.

_____
Todd J. Campbell
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place     Cookeville

Date     July 31, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.** |

On July 16, 2012, Mr. Seay tested positive for cocaine, and initially denied using the drug. After further questioning, he admitted to "snorting" two lines of cocaine on July 13, 2012, with a female friend at her house. He reported that the cocaine was given to him by the female friend, but would not give her name. Mr. Seay reported that he used because he is stressed about not being able to work due to his back pain, denial of his disability application, and life in general.

### Compliance with Supervision Conditions and Prior Interventions:

Carlos Gene Seay is unemployed and lives with his mother in Lebanon, Tennessee. He began his term of supervised release on April 15, 2011, and he is due to terminate supervision on April 14, 2014.

While incarcerated, Mr. Seay completed the 500 hour Residential Drug Abuse Program (RDAP). After he arrived at the halfway house, Mr. Seay completed the 180 day substance abuse aftercare program at Centerstone Mental Health in Madison, Tennessee. He has submitted to random drug testing since his release from incarceration. After confronted with his positive drug test for cocaine on July 16, 2012, Mr. Seay requested substance abuse treatment. He has been referred to Cumberland Mental Health in Lebanon, Tennessee, for an assessment to be followed by individual outpatient substance abuse treatment and increased drug testing.

Mr. Seay has been given a verbal reprimand and re-instructed as to all conditions, specifically to not purchase, use, or distribute any controlled substances. He understands that possession of an illegal drug is grounds for a mandatory revocation and any future illegal drug use may likely result in a request for a hearing before the Court and possible recommendation for revocation.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Seay participate in the outpatient substance abuse treatment program at Cumberland Mental Health, submit to increased drug testing, and remain on supervised release with continued monitoring by the probation officer. Any additional violations will be promptly reported to the Court.

The U.S. Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer